1  BILAL A. ESSAYLI
2  First Assistant United States Attorney
   DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  TINA L. NAICKER, CSBN 252766
7  Special Assistant United States Attorney
   Program Litigation 1
8  Social Security Administration | Law & Policy
9  6401 Security Boulevard
10 Baltimore, MD 21235
   Telephone: 510-970-4842
11 Tina.naicker@ssa.gov
12
   Attorneys for Defendant
13

JS-6

14                UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
15                    WESTERN DIVISION
16

17 ALICIA TOCOA THOMPSON,            No. 2:25-cv-07239-JGB-DFM

18             Plaintiff,            JUDGMENT OF REMAND

19 v.

20 FRANK BISIGNANO,

21 Commissioner of Social Security,

22             Defendant.

23
24
25
26
27
28

1        IT IS ORDERED AND ADJUDGED that this case is reversed and remanded

2    pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social

3    Security for further administrative proceedings pursuant to this Court's ORDER of

4    remand, issued on November 7, 2025.

5

6    DATED: November 7, 2025

7    HONORABLE DOUGLAS F. MCCORMICK

8    UNITED STATES MAGISTRATE JUDGE

2